# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

MIA LEE JAMISON,
[DOB: 02/11/1952]

(*Attempted Malicious Destruction of Property*)
18 U.S.C. § 844(i)
NLT: 5 Years
NMT: 20 Years
NMT: $250,000 Fine
NMT: 3 Years Supervised Release
$100 Mandatory Special Assessment
Class C Felony

## CRIMINAL COMPLAINT

**Case Number: 19-MJ-00074-JTM**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Between on or about March 24, 2019 and April, 29, 2019, in the Western District of Missouri, the defendant, MIA LEE JAMISON, maliciously attempted to damage and destroy, by means of fire and explosive materials, the building located at several addresses including 1726, 1722, 1716, and 1714 West 39th Street, Kansas City, Missouri, including the real property and personal property at that location, to wit: the building at that location that contains three commercial businesses, and commercial equipment and business inventory contained in the building, used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 844(i).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No.

_____
RYAN ZORNES
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

April 29, 2019

Sworn to before me and subscribed in my presence,

_____    at    Kansas City, Missouri
Date                                          City and State

HONORABLE JOHN T. MAUGHMER
United States Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

2